**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN District of NEW YORK

Case number (If known): _____ Chapter 7

2019 MAR 19 P 3:03

S.D.N.Y.

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   AARON
   First name

   _____
   Middle name

   BROWN
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☒ Unknown

   xxx – xx – ___ ___ ___ ___      OR      9 xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Debtor  AARON BROWN                         Case number (if known) _____

6. **Debtor's address**

   **Principal residence**

   29 SUMMIT AVENUE
   Number    Street

   SPRING VALLEY   NY   10977
   City            State  ZIP Code

   ROCKLAND
   County

   **Mailing address, if different from residence**

   _____
   Number    Street

   _____
   City            State  ZIP Code

   **Principal place of business**

   _____
   Number    Street

   _____
   City            State  ZIP Code

   _____
   County

7. **Type of business**

   ☒ Debtor does not operate a business

   *Check one if the debtor operates a business:*

   ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❏ None of the above

8. **Type of debt**

   **Each petitioner believes:**

   ☒ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ❏ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

   ☒ No
   ❏ Yes. Debtor _____           Relationship _____
          District _____ Date filed _____   Case number, if known _____
                              MM / DD / YYYY

          Debtor _____           Relationship _____
          District _____ Date filed _____   Case number, if known _____
                              MM / DD / YYYY

Debtor _AARON BROWN_                                  Case number (if known) _____

## Part 3:   Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| YITZCHOK SHTIELRMAN | LOAN NOT PAID | $ 100,000 |
| MECHELA LEVINE | DEBT OWED | $ 50,000 |
| JUDAH STERN | LOAN NOT PAID | $ 103,558 |
| | Total | $ 253,558 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _AARON BROWN_          Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_
Signature of petitioner or representative, including representative's title

_YITZCHOK SHTEIZERMAN_
Printed name of petitioner

Date signed  _03 / 19 / 2019_
             MM / DD / YYYY

**Mailing address of petitioner**

_47_  _PARKER BLVD_
Number  Street

_MONSEY_           _NY_     _10952_
City               State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _646 543 5601_
Email          _GRAYSTONEMS@GMAIL.COM_

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

**Attorneys**

X _____
Signature of attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City              State        ZIP Code

Date signed  _____
             MM  / DD / YYYY

Contact phone _____  Email _____

Official Form 105                Involuntary Petition Against an Individual                page 4

Debtor  AARON BROWN                    Case number (if known)_____

---

**X** /s/ Michael Levine
Signature of petitioner or representative, including representative's title

Printed name of petitioner

Date signed  03 / 19 / 19
MM / DD / YYYY

**Mailing address of petitioner**

1013 EAST 12TH STREET
Number    Street

BROOKLYN            NY         11230
City                State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State ZIP Code

---

**X** _____
Signature of Attorney

Printed name

Firm name, if any

Number   Street

City            State       ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone _____  Email _____

---

**X** /s/ J St
Signature of petitioner or representative, including representative's title

JUDAH STERN
Printed name of petitioner

Date signed  03 / 19 / 19
MM / DD / YYYY

**Mailing address of petitioner**

47 PARKER BLVD, UNIT 2
Number    Street

MONSEY              NY         10952
City                State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State       ZIP Code

---

**X** _____
Signature of Attorney

Printed name

Firm name, if any

Number   Street

City            State       ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone _____  Email _____

---

Official Form 105                 Involuntary Petition Against an Individual                 page **5**